UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vanessa Holloway, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case: 1:16-cv-02101           (F-Deck) |
| v. ) | Assigned To : Unassigned |
| ) | Assign. Date : 10/21/2016 |
| Professor Daryl Scott *et al.*, ) | Description: Pro Se Gen. Civil   Jury Demand |
| ) | |
| Defendants. ) | |
| ) | |

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3). In addition, "a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).

Plaintiff is a resident of New York, New York. She sues a professor at Howard University in the District of Columbia for $10,000 based on a claim of intentional infliction of

emotional distress. Plaintiff also seeks an order to compel the University to award her a Doctor of Philosophy Degree in History, which she allegedly was denied because of the professor's "intentional behavior [that] caused [her] severe mental distress." Compl. at 1.

Plaintiff states that the University "violated Title IX by denying [her] right to an education," but she has alleged no supporting facts. Therefore, no federal question is presented, and the $10,000 amount in controversy is well below the threshold to establish diversity jurisdiction. A separate order of dismissal accompanies this Memorandum Opinion.

/s/ _____
United States District Judge

DATE: October 13, 2016